UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW MARVIN STEAN, JR, <br><br> Plaintiff, <br><br> v. <br><br> BELLINGHAM POLICE DEPARTMENT; KEVIN BEAN; DANTE ALEXANDER; ANDREW WASSEL, <br><br> Defendants. | CASE NO. 2:24-cv-01209-JNW <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

Pro se Plaintiff Andrew Marvin Stean, Jr., requests leave to file a USB flash drive containing video footage that was produced by Defendants. Dkt. No. 21. Parties do not need leave of the Court to submit evidence in written or physical form to the Court. As such, the Court STRIKES the motion from the docket.

Stean also asks the Court to (1) obtain a copy of video evidence that Stean alleges was filed in a state-court proceeding, (2) conduct an *in camera* review of that evidence, comparing it to the video evidence Stean has filed with the Court (Dkt.

MINUTE ORDER - 1

No. 22), (3) determine, upon review, that the evidence filed by Stean in this Court (Dkt. No. 22) is an edited version of the evidence that was filed in the state-court proceeding, and (4) order exclusion of irrelevant portions of the video evidence filed in this Court. Dkt. No. 21 at 4. These requests are procedurally improper and therefore DENIED.

To the extent Stean is seeking discovery from Defendants—that is, if he seeks to compel Defendants to produce the allegedly unedited video footage that was filed in state court—he must first serve Defendants with a request for production. *See* Fed. R. Civ. P. 34. If Defendants object to any such request or do not otherwise comply, then—and only then—may Stean move to compel under the local and federal procedural rules. *See* Fed. R. Civ. P. 37; LCR 37.

The Court directs Stean to review the District's online resources for pro se litigants. *See* https://www.wawd.uscourts.gov/representing-yourself-pro-se. The District's Pro Se Guide, which is intended to assist self-represented individuals who are pursuing civil actions in the District, discusses the discovery process at Page 26.

It is so ORDERED.

Dated this 30th day of January 2025.

Ravi Subramanian
Clerk
*/s/Kathleen Albert*
Deputy Clerk

MINUTE ORDER - 2