UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW MARVIN STEAN, JR, | CASE NO. 2:24-cv-01209-JNW |
| Plaintiff, | ORDER |
| v. | |
| BELLINGHAM POLICE DEPARTMENT; KEVIN BEAN; DANTE ALEXANDER; ANDREW WASSEL, | |
| Defendants. | |

Plaintiff Andrew Marvin Stean, Jr. moves to strike filings by Michael Good, counsel for Defendants, arguing that Good failed to file a formal Notice of Appearance. Dkt. No. 65. Stean's argument stems from a Notice of Filing Deficiency issued by the Clerk of the Court stating that Good did not file a notice of appearance in compliance with the civil rules. Dkt. No. 58. The Clerk's notice is incorrect—Good properly appeared in October 2024 and has remained counsel of record ever since. *See* Dkt. No. 8. Because Stean presents no other grounds for striking filings signed by Good, his Motion to Strike is DENIED.

ORDER - 1

Stean also moves for a protective order staying discovery until the Court resolves his motion to strike. Because the Court has now ruled on the motion to strike, the motion for protective order is DENIED AS MOOT. Dkt. No. 69.

Dated this 9th day of September, 2025.

                                                Jamal N. Whitehead
                                                United States District Judge

ORDER - 2