UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDREW MARVIN STEAN, JR.,

          Plaintiff,

   v.

BELLINGHAM POLICE DEPARTMENT,
et al.,

          Defendants.

Case No. C24-1209-JNW

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff's motion to proceed *in forma pauperis* (IFP) on appeal, Dkt. 98, is deficient. Pursuant to Federal Rule of Appellate Procedure (FRAP) 24(a)(1)(A), Plaintiff must submit an affidavit showing "in the detail prescribed by Form 4 of the Appendix of Forms" to the FRAP his inability to pay fees and costs. Plaintiff is directed to complete and return Form 4 within **twenty (20) days** of the date of this Order. Failure to comply may result in denial of the IFP motion. The Clerk is directed to send a copy of Form 4 to Plaintiff.

DATED this 4th day of March, 2026.

Joshua C. Lewis
Clerk of Court

By: s/ Stefanie Prather
Deputy Clerk

MINUTE ORDER - 1