UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDREW MARVIN STEAN, JR.,

              Plaintiff,

    v.

BELLINGHAM POLICE DEPARTMENT,
et al.,

              Defendants.

Case No. C24-1209-JNW

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS

Plaintiff's amended application to proceed *in forma pauperis* (IFP) on appeal, *see* Dkts. 98 & 101, is GRANTED.  The Clerk is directed to send a copy of this Order to the parties and to the assigned District Judge.

DATED this 20th day of March, 2026.

_____
S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1